UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC PETRECE STANLEY, JR., <br>     Plaintiff, <br>     v. <br> JONES, et al., <br>     Defendants. | Case No. 21-cv-04495-JD <br><br> **ORDER OF DISMISSAL** |

Plaintiff, a detainee acting pro se, filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: August 11, 2021

_____
JAMES DONATO
United States District Judge